### E. C. LUNDSCHIEN v. THE STATE.

#### No. 3991.   Decided April 5, 1916.

**Malicious Mischief—Statement of Facts.**

Where the statement of facts and bills of exception were not filed within the time allowed by law, they must be stricken from the record and the judgment affirmed. Following Durham v. State, 69 Texas Crim. Rep., 71, and other cases.

Appeal from the County Court of DeWitt. Tried below before the Hon. R. J. Waldeck.

Appeal from a conviction of malicious mischief, towit, killing a mule; penalty, a fine of $200.

The opinion states the case.

No brief on file for appellant.

C. C. McDonald, Assistant Attorney General, and N. M. Crain, County Attorney, for the State.—Cited Mueller v. State, 61 Texas Crim. Rep., 544; Looper v. State, 62 id., 96; Moscher v. State, 62 id., 42; Phillips v. State, 72 id., 160; Trinkle v. State, 57 id., 567.

HARPER, Judge.—Appellant was prosecuted for wilfully and maliciously killing a mule, the property of W. F. Lundschien, and his punishment assessed at a fine of $200.

Appellant was tried the 8th day of last October, and that term of court adjourned on October 23, 1915. The Assistant Attorney General has moved to strike out the statement of facts and bills of exception, because not filed within the time allowed by law. The motion is sustained, and the judgment is affirmed. De Friend v. State, 69 Texas Crim. Rep., 329, 153 S. W. Rep., 881; Durham v. State, 69 Texas Crim. Rep., 71, 155 S. W. Rep., 222.

The judgment is affirmed.

*Affirmed.*